IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARVIN BROWN,

    Plaintiff,

    v.                                     No. CIV 15-00732-KG-SCY

RICHARD BERRY, *Mayor*,
TANYA GIDDING, *County Clerk*,
RISK MANAGEMENT DIVISION,
FNU SAWIN, *Officer*,
FNU LUJAN, *Officer*,
DEBORAH DAVIS WALKER,,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order of Dismissal Without Prejudice, filed contemporaneously herewith. In the Order of Dismissal Without Prejudice, the Court dismissed Plaintiff's Civil Rights Complaint [Doc. 1]. There being no more claims before the Court, the Court hereby enters final judgment in accordance with Fed. R. Civ. P. 58.

**IT IS ORDERED** that this civil proceeding is dismissed without prejudice and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE